# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:06-CV-53 |
| ) | (Phillips/Guyton) |
| CASEY LAMAR AUSTIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on pro se defendant's request for extension of time in which to object to the Magistrate Judge's memorandum and order [Doc. 26]. Defendant shall be given up to and including July 30, 2007 in which to file objections. Accordingly, defendant's motion [Doc. 7] is **GRANTED**.

IT IS SO ORDERED.

ENTER:

                                                s/ Thomas W. Phillips
                                                United States District Judge